1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10  TANYA SOLESBEE,                                    Case No.  1:13-cv-01548-AWI-SKO

11            Plaintiff,                               **ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**

12       v.

13  COUNTY OF INYO, et al,                             (Docket No. 3)

14            Defendants.

15  _____/

16

17        Plaintiff Tanya Solesbee ("Plaintiff") filed a complaint on September 24, 2013, and

18  submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 3.)

19  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

20  Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis

21  is GRANTED.  The Clerk of the Court is directed to issue summonses and new case documents.

22

23

    IT IS SO ORDERED.

24

25    Dated:   **October 1, 2013**                        **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE

26

27

28