# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA SOLESBEE, | Case No.  1:13-cv-01548-AWI-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| COUNTY OF INYO, et al, | (Docket No. 3) |
| Defendants. | |
| _____/ | |

Plaintiff Tanya Solesbee ("Plaintiff") filed a complaint on September 24, 2013, and submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 3.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis is GRANTED.  The Clerk of the Court is directed to issue summonses and new case documents.

IT IS SO ORDERED.

Dated:  __October 1, 2013__                    _____/s/ Sheila K. Oberto____
                                                                    UNITED STATES MAGISTRATE JUDGE