**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TANYA SOLESBEE, | ) Case No.: 1:13-cv-01548 AWI JLT |
| Plaintiff, | ) ORDER DISCHARGING ORDER TO SHOW |
| v. | ) CAUSE |
| COUNTY OF INYO, et al., | ) (Doc. 10) |
| Defendants. | ) |

On December 11, 2013, the Court issued Plaintiff an order to show cause regarding her failure to file proofs of service. (Doc. 10)  The next day, Plaintiff responded and explained, for whatever reason, she had attempted to obtain a waiver of service from the Defendants.  (Doc. 11)  When they refused to waive service, despite the passage of more than two months since the issuance of the summonses, apparently, she took no steps to seek service by the U.S. Marshal Service until the order to show cause issued.  Now, she provides some, but not all, of the needed service documents. Therefore, the Court has issued an order herewith outlining the documents that must be provided. Based upon these circumstances, the Court **ORDERS** the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **December 16, 2013**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1