**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TANYA SOLESBEE,<br><br>            Plaintiff,<br><br>     v.<br><br>COUNTY OF INYO, et al.,<br><br>            Defendants. | Case No.: 1:13-cv-01548 AWI JLT<br><br>AMENDED ORDER AUTHORIZING INITIATION OF SERVICE OF PROCESS AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN 14 DAYS |

Tanya Solesbee is proceeding *in forma pauperis* with this action. Service of Plaintiff's complaint shall be initiated on Defendants:

County of Inyo

Inyo County Integrated Waste Management[1]

Robert Mayhugh;

    2.    The Clerk of the Court is directed to send Plaintiffs' counsel three USM-285 forms, three summonses, a Notice of Submission of Documents form and an instruction sheet.

    3.    Within 14 days from the date of this order, Plaintiff SHALL complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following

---

[1] The Court is concerned about why Plaintiff believes she can proceed against this agency of the Court of Inyo and why she believes that she can recover against *both* the County of Inyo and its agency. "[M]unicipal police departments and bureaus are generally not considered 'persons' within the meaning of 42 U.S.C. § 1983." United States v. Kama, 394 F.3d 1236, 1240 (9th Cir.2005). Plaintiff is obligated to research whether the agency is amenable to suit and to act accordingly. Fed. R. Civ. P. 11(b)(2).

documents:

      a.      One completed USM-285 form for each defendant listed above;

      b.      One completed summons for each defendant listed above; and

      c.      Four copies of the endorsed complaint.

4.    Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    Plaintiff is cautioned that failure to comply with this order will result in dismissal of the action pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated: **December 17, 2013**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE