IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA SOLESBEE, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF INYO, INYO COUNTY INTEGRATED WASTE MANAGEMENT, a government entity, ROBERT MAYHUGH, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | 1:13-cv-1548 AWI JLT<br><br><br>**ORDER VACATING HEARING DATE OF APRIL 28, 2014, AND TAKING MATTER UNDER SUBMISSION** |

　　In this action for damages, defendants County of Inyo, et al. ("Defendants") have moved to dismiss the complaint of plaintiff Tanya Solesbee ("Plaintiff") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  The court has reviewed Defendants' motion, Plaintiff's opposition and Defendants' reply and finds that the Defendants' motion is suitable for decision without oral argument.  Local Rule 78-230(h).

　　THEREFORE, it is hereby ORDERED that the hearing date of April 28, 2014, is hereby VACATED and no party shall appear on that date.  As of April 28, 2014, the court will take the matter under submission and will thereafter render its decision.

IT IS SO ORDERED.

Dated:  April 22, 2014　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE