UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA SOLESBEE,<br><br>        Plaintiff.<br><br>   v.<br><br>COUNTY OF INYO, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-1548 AWI JLT<br><br>ORDER TO ATTORNEY JOHN KIRBY AND TO THE COUNTY OF INYO TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMOPOSED FOR THE FAILURE TO COMPLY WITH THE COURT'S ORDERS TO APPEAR AT THE MANDATORY SCHEDULING CONFERENCE |

On February 19, 2015, the Court set the mandatory scheduling conference to occur on May 13, 2015. (Doc. 51) Though attorney, John Kirby, participated in the development and filing of the joint scheduling conference statement (Doc. 54), he failed to appear at the hearing. Notably, in its order setting the mandatory scheduling conference, the Court ordered, "Attendance at the Scheduling Conference is *mandatory* upon each party not represented by counsel or by retained counsel." (Doc. 6 at 2, emphasis in the original). Accordingly, within 14 days, the Court **ORDERS** attorney, John Kirby and Defendant, County of Inyo, to show cause in writing why sanctions should not be imposed for their failure to obey the Court's order and appear at the mandatory scheduling conference.

IT IS SO ORDERED.

    Dated: __**May 13, 2015**__              __**/s/ Jennifer L. Thurston**__
                                                              UNITED STATES MAGISTRATE JUDGE