UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA SOLESBEE,<br><br>        Plaintiff.<br><br>  v.<br><br>COUNTY OF INYO, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-1548 AWI JLT<br><br>ORDER DISCHARGING ORDER TO SHOW |

On May 13, 2015, the Court issued an order to show cause to attorney John Kirby and his client, the County of Inyo, because they failed to appear at the mandatory scheduling conference. (Doc. 56) Mr. Kirby has filed his written response and explained he made a simple error in noting the date of the conference and, due to this error, missed the conference. (Doc. 61) Given the content and tone of Mr. Kirby's written response, the Court has no doubt Mr. Kirby's mistake will not be repeated. Thus, the Court **DISCHARGES** the order to show cause.

IT IS SO ORDERED.

Dated:   **May 28, 2015**                       **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE