**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TANYA SOLESBEE,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF INYO, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-1548 -AWI-JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER |

    On May 20, 2016, the Court ordered Plaintiff to "file a notification with the Court indicating whether she intends to represent herself going forward or whether she will retain a new attorney" no later than June 3, 2016.  (Doc. 76 at 3) The Court instructed Plaintiff that if she intended to hire an attorney, she must notify the Court regarding when that would occur.  (*Id.*)  To date, Plaintiff has not responded to the Court's order.

    The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  Local Rule 110.  "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action.  *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986).  A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules.  *See, e.g. Ferdik v.*

*Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to prosecute and comply with an order); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, **within 14 days** Plaintiff **SHALL** show cause in writing why this action should not be dismissed for her failure to comply with the Court's order or to file a notification indicating whether she intends to represent herself.

IT IS SO ORDERED.

Dated:   **June 8, 2016**                    **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE